```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                                 Case No. 15-04647-JJT
Richard Marvin Hardy                                                   Chapter 13
Kimberly Jan Hardy
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0314-5          User: REshelman           Page 1 of 1          Date Rcvd: Sep 12, 2016
                              Form ID: pdf010           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 14, 2016.
db/jdb         Richard Marvin Hardy,    Kimberly Jan Hardy,    PO Box 361,    Blakeslee, PA  18610-0361

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2016                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 12, 2016 at the address(es) listed below:
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
              J. Zac Christman    on behalf of Debtor Richard Marvin Hardy jchristman@newmanwilliams.com,
               mdaniels@newmanwilliams.com;elizabeth@newmanwilliams.com
              J. Zac Christman    on behalf of Joint Debtor Kimberly Jan Hardy jchristman@newmanwilliams.com,
               mdaniels@newmanwilliams.com;elizabeth@newmanwilliams.com
              Joshua I Goldman    on behalf of Creditor    HomeBridge Financial Services, Inc.
               bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vincent Rubino    on behalf of Joint Debtor Kimberly Jan Hardy
               epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
               williams.com;eapotito@hotmail.com
              Vincent Rubino    on behalf of Debtor Richard Marvin Hardy
               epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
               williams.com;eapotito@hotmail.com
                                                                                             TOTAL: 7

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: **RICHARD MARVIN HARDY,** aka | : | Chapter 13 |
| Richard M. Hardy, aka Richard Hardy, and | : | **Case No. 5:15-bk-04647-JJT** |
| **KIMBERLY JAN HARDY,** aka | : | |
| Kimberly J. Hardy, aka Kimberly Hardy, | : | |
| **Debtors** | | |

| | | |
|---|---|---|
| **RICHARD MARVIN HARDY** and | : | |
| **KIMBERLY JAN HARDY,** | : | |
| Movants | : | Motion for |
| v. | : | Reconsideration |
| **HOMEBRIDGE FINANCIAL SERVICES, INC.**, | : | |
| Respondent | : | |

ORDER GRANTING
MOTION TO EXTEND TIME TO FILE STIPULATION WITH CONCURRENCE

AND NOW COMES upon consideration of the Motion to Extend Time to File Stipulation with Concurrence, it is hereby ORDERED that the Motion to Extend Time to File Stipulation with Concurrence be and is hereby GRANTED, and the time to file a stipulation to resolve the Motion to Reconsider Order filed May 20, 2016, is hereby extended to October 11, 2016.

Dated: September 12, 2016

By the Court,

_____
John J. Thomas, Bankruptcy Judge
(RPR)