In re:                                                          Case No. 15-04647-JJT
Richard Marvin Hardy                                            Chapter 13
Kimberly Jan Hardy
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5        User: CKovach         Page 1 of 1           Date Rcvd: Aug 18, 2017
                            Form ID: pdf010       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2017.
db/jdb         Richard Marvin Hardy,    Kimberly Jan Hardy,    PO Box 361,    Blakeslee, PA  18610-0361

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 18, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com, dehartstaff@pamd13trustee.com
              J. Zac Christman    on behalf of Joint Debtor Kimberly Jan Hardy jchristman@newmanwilliams.com,
               mdaniels@newmanwilliams.com;epotito@newmanwilliams.com;vsmith@newmanwilliams.com
              J. Zac Christman    on behalf of Debtor Richard Marvin Hardy jchristman@newmanwilliams.com,
               mdaniels@newmanwilliams.com;epotito@newmanwilliams.com;vsmith@newmanwilliams.com
              James  Warmbrodt     on behalf of Creditor   HomeBridge Financial Services, Inc.
               bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor   HomeBridge Financial Services, Inc.
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Thomas I Puleo    on behalf of Creditor   HomeBridge Financial Services, Inc.
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vincent  Rubino     on behalf of Debtor Richard Marvin Hardy
               epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
               williams.com;eapotito@hotmail.com;vsmith@newmanwilliams.com
              Vincent  Rubino     on behalf of Joint Debtor Kimberly Jan Hardy
               epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
               williams.com;eapotito@hotmail.com;vsmith@newmanwilliams.com
                                                                                                 TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Kimberly Jan Hardy aka Kimberly J. Hardy aka Kimberly Hardy<br>Richard Marvin Hardy aka Richard M. Hardy aka Richard Hardy<br>        Debtors | Chapter 13 |
| HomeBridge Financial Services, Inc.<br>        v.<br>Kimberly Jan Hardy aka Kimberly J. Hardy aka Kimberly Hardy<br>Richard Marvin Hardy aka Richard M. Hardy aka Richard Hardy<br>        and<br>Charles J. DeHart, III Esq.<br>        Trustee | NO. 15-04647 JJT |

## ORDER

Upon Consideration of the Certification of Default filed by the Moving Party in accordance with the Stipulation of the parties approved on   it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code) 11 U.S.C. Section 362, is modified to allow HomeBridge Financial Services, Inc. and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 188 Greenwood Drive f/k/a 13 Redwood Street Blakeslee, PA 18610.

The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

Dated: August 17, 2017

By the Court,

_John J. Thomas, Bankruptcy Judge_
(RPR)