**NEWMAN, WILLIAMS, MISHKIN, CORVELEYN, WOLFE & FARERI, P.C.**
712 Monroe St., P.O. Box 511
Stroudsburg, PA 18360
570-421-9090
Fax: 570-424-9739

October 17, 2019

Clerk
U.S. Bankruptcy Court
247 Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA 18701

      *RE:*   *Richard & Kimberly Hardy*
              *Case No. 5:15-04647*

Dear Clerk:

    We have been informed by our clients, Richard & Kimberly Hardy, that they have a new address, as follows:

        1098 Knollwood Drive
        Tobyhanna, PA 18466

    Please correct the docket and mailing matrix accordingly. Thank you.

                                Very truly yours,

                                */s/ Vincent Rubino*

                                Vincent Rubino