United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Richard Marvin Hardy  
Kimberly Jan Hardy  
    Debtor(s)

Case No. 15-04647-RNO  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 2  
Date Rcvd: Dec 03, 2020     Form ID: ordsmiss     Total Noticed: 20

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Richard Marvin Hardy, Kimberly Jan Hardy, 1098 Knollwood Drive, Tobyhanna, PA 18466-3625 |
| 4714281 | + | AIR-DYNAMICS HEATING & AIR COND, PO BOX 294, BRODHEADSVILLE, PA 18322-0294 |
| 4714282 | + | BERKHEIMER TAX ADMINISTRATION, ATTN MELISSA RISSMILLER, 50 NORTH SEVENTH STREET, BANGOR, PA 18013-1795 |
| 4731684 | | Berkheimer Assoc-Agt. Tunkhannock Twp.Monroe Cty., c/o David R. Gordon, Esq., 1883 Jory Road, Pen Argyl, PA 18072 |
| 4714284 | | CENLAR FED SAVINGS BANK, 425 PHILLIPS BLVD, EWING, NJ 08618-1430 |
| 4714283 | + | CENLAR FED SAVINGS BANK, PO BOX 77404, EWING, NJ 08628-6404 |
| 4714286 | | CREDIT MANAGEMENT CO, 681 ANDERSEN DRIVE, FOSTER PLAZA 6, PITTSBURGH, PA 15220-2766 |
| 4714287 | | CREDIT PROTECTION AGENCY, PO BOX 802068, DALLAS, TX 75380-2068 |
| 4761392 | + | HomeBridge Financial Services, Inc., Cenlar FSB, 425 Phillips BLVD, Ewing, NJ 08618-1430 |
| 4714290 | + | KML LAW GROUP, STE 5000-BNY INDEPEN CTR, 701 MARKET STREET, PHILADELPHIA, PA 19106-1541 |
| 4714292 | + | PA DEPT OF REVENUE, BUREAU OF COLLECTIONS, PO BOX 281041, HARRISBURG, PA 17128-1041 |
| 4714293 | | PPL ELECTRIC UTILITIES, 827 HOUSMAN ROAD, ALLENTOWN, PA 18104-9392 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 4714288 | EDI: BLUESTEM | Dec 04 2020 00:03:00 | FINGERHUT/WEB BANK, 6250 RIDGEWOOD ROAD, SAINT CLOUD, MN 56303-0820 |
| 4714289 | EDI: IRS.COM | Dec 04 2020 00:03:00 | IRS, CENTRALIZED INSOLVENCY OP, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 4714291 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 03 2020 19:32:09 | LVNV FUNDING LLC, PO BOX 10497, STE 100, MS 576, GREENVILLE, SC 29603-0497 |
| 4717535 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 03 2020 19:30:01 | LVNV Funding, LLC its successors and assigns as, assignee of Bluestem Brands, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4717752 | Email/Text: ebn@vativrecovery.com | Dec 03 2020 19:20:00 | Palisades Collections, LLC, VATIV RECOVERY SOLUTIONS LLC, dba SMC, As agent for Palisades Collections, LLC, P.O. Box 40728, Houston, TX 77240-0728 |
| 4717059 | EDI: PENNDEPTREV | Dec 04 2020 00:03:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 4717059 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 03 2020 19:21:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 4714294 | EDI: CBS7AVE | Dec 04 2020 00:03:00 | SEVENTH AVENUE, 1112 7TH AVENUE, MONROE, WI 53566-1364 |

| | | | | |
|---|---|---|---|---|
| 4727005 | + | EDI: CBS7AVE | Dec 04 2020 00:03:00 | Seventh Avenue, c/o Creditors Bankruptcy Service, P O Box 800849, Dallas, TX 75380-0849 |

TOTAL: 9

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 4714285 | ## | COMMERCIAL ACCEPTANCE CORP, 4807 JONESTOWN RD STE 247, HARRISBURG, PA 17109-1744 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2020      Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor HomeBridge Financial Services Inc. bkgroup@kmllawgroup.com |
| Joshua I Goldman | on behalf of Creditor HomeBridge Financial Services Inc. josh.goldman@padgettlawgroup.com, kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com |
| Thomas I Puleo | on behalf of Creditor HomeBridge Financial Services Inc. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 2 Kimberly Jan Hardy lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |
| Vincent Rubino | on behalf of Debtor 1 Richard Marvin Hardy lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |

TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Richard Marvin Hardy,<br>aka Richard M. Hardy, aka Richard Hardy, | Chapter 13 |
| **Debtor 1** | Case No. 5:15−bk−04647−RNO |
| Kimberly Jan Hardy,<br>aka Kimberly J. Hardy, aka Kimberly Hardy, | |
| **Debtor 2** | |

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to both Debtors.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated: December 3, 2020

By the Court,

*Robt N. Opel II* (signature)

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: CourtneyWojtowicz, Deputy Clerk

ordsmiss (05/18)